424 A.2d 548

Miller et al., Appellants v. Johnson et al.

Argued December 4, 1979. Ronald J. Karasek, for appellants; Joseph F. Leeson, for appellee.

** President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation. This decision was reached prior to the death of Judge Robinson.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

Before PRICE, WATKINS and HOFFMAN, JJ.

Appellant contends that chiropractic services should qualify as "medical services" for purposes of meeting the threshold requirements of section 301(a)(5)(b) of the No-fault Motor Vehicle Insurance Act, Act of July 19, 1974, P.L. 489, No. 176, Art. III, sec. 301 (40 P.S. § 1009.301). In the case of *Babcock v. Tippett*, 260 Pa.Super. 583, 394 A.2d 607 (1978), we held that chiropractic services do not so qualify.

Accordingly, the order of the Court of Common Pleas is affirmed.